UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NU LAI, | |
| Plaintiff, | CASE NO. C14-0731-TSZ |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ORDER OF REMAND |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, docket no. 18, to which no objection was timely filed, hereby ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) The Court REMANDS this matter for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 5th day of January, 2015.

THOMAS S. ZILLY
United States District Judge

ORDER OF REMAND
PAGE - 1